AO 442 (Rev. 01/09) Arrest Warrant

10884926

# UNITED STATES DISTRICT COURT
для the
District of Columbia

U.S. MARSHAL-DC PM2:55
RECEIVED SEP 22 '23

United States of America
v.
ERIN SHEFFEY,

*Defendant*

Case No. 1:23-cr-26
Assigned To: Judge Royce C. Lamberth
Date Assigned: 9/12/2023
Description: SUPERSEDING INDICTMENT (B)
Case Related to 23-cr-26 (RCL)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ERIN SHEFFEY**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951(a) (Interference with Interstate Commerce by Robbery);
18 U.S.C. § 2113(a) (Bank Robbery);
18 U.S.C. § 924(c)(1)(A)(ii) (Using or Carrying a Firearm During and in Relation to, or Possessing a Firearm in Furtherance of a Crime of Violence);

Date: 09/12/2023

Robin M. Meriweather — Digitally signed by Robin M. Meriweather

*Issuing officer's signature*

City and state: Washington, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/12/23, and the person was arrested on *(date)* 9/21/23
at *(city and state)* Washington DC

Date: 10/2/23

*Arresting officer's signature*

Michael Tantillo
*Printed name and title*