UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

WILLIAM BROCK,
also known as "Stu"
ANTHONY ANTWON MCNAIR JR.,
also known as "Mousey"
ERIN SHEFFEY
also known as "Freak",

Defendants.

Case No. 23-cr-26-RCL

### ORDER

Upon consideration of the transcripts of the hearings held on Monday, August 19, 2024, and Thursday, August 22, 2024, and after weighing the public interest in access to judicial proceedings against the particular need for secrecy in the case at hand, it is hereby

**ORDERED** that the transcripts for both hearings shall be sealed.

IT IS SO ORDERED.

Date: August 22, 2024

Royce C. Lamberth
United States District Judge