# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

WILLIAM BROCK,
also known as "Stu"
ANTHONY ANTWON MCNAIR JR.,
also known as "Mousey"
ERIN SHEFFEY
also known as "Freak",

Defendants.

Case No. 23-CR-26 (RCL)

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

## COUNT ONE

With respect to Count One, Conspiracy to Interfere with Interstate Commerce by Robbery, how do you find defendant WILLIAM BROCK?

_____   ____✓_____
Not Guilty      Guilty

With respect to Count One, Conspiracy to Interfere with Interstate Commerce by Robbery, how do you find defendant ANTHONY ANTWON MCNAIR JR.?

_____   ____✓_____
Not Guilty      Guilty

With respect to Count One, Conspiracy to Interfere with Interstate Commerce by Robbery, how do you find defendant ERIN SHEFFEY?

_____   ____✓_____
Not Guilty      Guilty

## COUNT TWO

With respect to Count Two, Interference with Interstate Commerce by Robbery, how do you find defendant WILLIAM BROCK?

_____     _____✓_____
Not Guilty                 Guilty

With respect to Count Two, Interference with Interstate Commerce by Robbery, how do you find defendant ANTHONY ANTWON MCNAIR JR.?

_____     _____✓_____
Not Guilty                 Guilty

## COUNT THREE

With respect to Count Three, Bank Robbery, how do you find defendant WILLIAM BROCK?

_____     _____✓_____
Not Guilty                 Guilty

With respect to Count Three, Bank Robbery, how do you find defendant ANTHONY ANTWON MCNAIR JR.?

_____     _____✓_____
Not Guilty                 Guilty

## COUNT FOUR

To be answered only if your verdict in **Count Two** is Guilty.

With respect to Count Four, Brandishing a Firearm During a Crime of Violence, how do you find defendant WILLIAM BROCK?

_____     _____✓_____
Not Guilty                 Guilty

With respect to Count Four, Brandishing a Firearm During a Crime of Violence, how do you find defendant ANTHONY ANTWON MCNAIR JR.?

_____     _____✓_____
Not Guilty                 Guilty

2

## COUNT FIVE

With respect to Count Five, Interference with Interstate Commerce by Robbery, how do you find defendant WILLIAM BROCK?

_____          _____✓_____
Not Guilty                                         Guilty

With respect to Count Five, Interference with Interstate Commerce by Robbery, how do you find defendant ANTHONY ANTWON MCNAIR JR.?

_____          _____✓_____
Not Guilty                                         Guilty

## COUNT SIX

To be answered only if your verdict in **Count Five** is Guilty.

With respect to Count Six, Brandishing a Firearm During a Crime of Violence, how do you find defendant WILLIAM BROCK?

_____          _____✓_____
Not Guilty                                         Guilty

With respect to Count Six, Brandishing a Firearm During a Crime of Violence, how do you find defendant ANTHONY ANTWON MCNAIR JR.?

_____          _____✓_____
Not Guilty                                         Guilty

## COUNT SEVEN

With respect to Count Seven, Interference with Interstate Commerce by Robbery, how do you find defendant WILLIAM BROCK?

_____          _____✓_____
Not Guilty                                         Guilty

With respect to Count Seven, Interference with Interstate Commerce by Robbery, how do you find defendant ERIN SHEFFEY?

_____✓_____          _____
Not Guilty                                         Guilty

3

## COUNT EIGHT

With respect to Count Eight, Bank Robbery, how do you find defendant WILLIAM BROCK?

_____          ____✓_____
Not Guilty                                     Guilty

With respect to Count Eight, Bank Robbery, how do you find defendant ERIN SHEFFEY?

____✓_____                 _____
Not Guilty                                     Guilty

## COUNT NINE

To be answered only if your verdict in **Count Seven** is Guilty.

With respect to Count Nine, Brandishing a Firearm During a Crime of Violence, how do you find defendant WILLIAM BROCK?

_____          ____✓_____
Not Guilty                                     Guilty

With respect to Count Nine, Brandishing a Firearm During a Crime of Violence, how do you find defendant ERIN SHEFFEY?

____✓_____                 _____
Not Guilty                                     Guilty

SO SAY WE ALL, this 12 day of September, 2024.